IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>1) JOEL RIVERA-ALEJANDRO<br>2) CARLOS RIVERA-ALEJANDRO<br>3) ALEXIS RIVERA-ALEJANDRO<br>4) ANGEL BETANCOURT-RIVERA<br>5) ROBERTO C. FONTANEZ-VEGA<br>6) ABIMAEL SERRANO-FIGUEROA<br>7) CARLOS E. RIVERA-RIVERA<br>8) ISMAEL RIVERA-SANTOS<br>9) JOSE GARCIA-RODRIGUEZ<br>10) CARLOS GONZALEZ-FRANCO<br>11) NATANAEL RUIZ-ORTEGA<br>12) ANGEL LOPEZ-MALDONADO<br>13) JOSE RIVERA-SIERRA<br>14) JUAN RIVERA-GEORGE<br>15) JULIO ALEXIS ORTIZ-BERRIOS<br>16) CARLOS A. RIVERA-RIVERA<br>17) MIGUEL ANGEL VEGA-DELGADO<br>18) VALERIE RIVERA-DEYA<br>19) SUANETTE RAMOS-GONZALEZ<br>20) JOSE L. FIGUEROA-CAMILO<br>**21) ROSARIO RIVERA-GUZMAN**<br>22) JAIME LOPEZ-CANALES<br>23) JUAN GONZALEZ-RAMOS<br>24) HECTOR RIVERA-BETANCOURT<br>25) ANGEL LUIS BETANCOURT-ORTIZ<br>26) RICARDO BETANCOURT-ORTIZ<br>27) JOSE LUIS DIAZ-FIGUEROA<br>28) JUAN GARCIA-RODRIGUEZ<br>29) LUIS X. RIVERA-RIVERA<br>30) JOSE TRINIDAD-PAGAN<br>31) EDGARDO RUIZ-TORRES<br>32) BIENVENIDO LOPEZ-CRUZ<br>33) JOSE E. PEÑA-MARTINEZ<br>34) RAUL TORRES-SANTANA<br>35) DAVID A. BULTRON-FLORES<br>36) KAREN LISBETH FIGUEROA-GALLARTUA<br>37) JORGE L. CRUZ-MALDONADO<br>38) JOSE L. TORRES-AGOSTO<br>39) VICTOR CASTRO-RODRIGUEZ<br>40) OSVALDO PEREZ<br>41) JUAN GABRIEL DE LA CRUZ-GUZMAN<br>42) ROBERTO BRUNO-DIAZ<br>43) LUIS E. SANCHEZ-ENCARNACION<br>44) JONATHAN CARRASQUILLO-COLON<br>45) NOEL RODRIGUEZ-ADORNO<br>46) ADDIER ENCARNACION-CRUZ<br>47) IDALIA MALDONADO-PENA | CRIMINAL 09-0165CCC |

| |
|---|
| 48) JAIME RIVERA-NIEVES<br>49) DOLORES ALEJANDRO<br>50) MANUEL ANTONIO FERRER-HADDOCK<br>51) RUBEN DELGADO-MALDONADO<br>52) MARLENIS CARRASQUILLO-QUIÑONES<br>53) ANGEL LUIS RIVERA-RIVERA<br>54) HECTOR ORTIZ-MARQUEZ<br>55) RAMON RODRIGUEZ-IDELFONSO<br>Defendants |

**ORDER**

Having considered the Report and Recommendation filed on May 7, 2012 (**docket entry 1964**) on a Rule 11 proceeding of defendant Rosario Rivera-Guzmán (21) held before U.S. Magistrate Judge Marcos E. López on May 3, 2012, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that her plea was voluntary and intelligently entered with awareness of her rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since May 3, 2012. **The sentencing hearing is set for August 1, 2012 at 4:30 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on May 31, 2012.

S/CARMEN CONSUELO CEREZO
United States District Judge